1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile  (559) 449-9016
4

5  Attorney for Defendant, JENNIFER KELLY

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES GOVERNMENT,        )    CASE #6:06-mj-00062-WMW
                                     )
11            Plaintiff,             )
                                     )    STIPULATION TO CONTINUE
12                                   )    UNTIL APRIL 17, 2007
                                     )
13  vs.                              )
                                     )
14  JENNIFER KELLY,                  )
                                     )
15            Defendant.             )
                                     )
16  _____)

17       IT IS HEREBY STIPULATED by and between the Defendant, JENNIFER KELLY, his

18  Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

19  ELIZABETH WALDOW, that the Review Hearing in the above-captioned matter currently

20  scheduled for April 10, 2007, at 10:00 a.m. be continued until April 17, 2007 at 10:00 a.m.

21  due to unavailability of defense counsel.

22  Dated: April 5, 2007

23                                         By:  /S/ Carol Ann Moses
                                                CAROL ANN MOSES
24                                              Attorney for Defendant
                                                JENNIFER KELLY
25  Dated: April 5, 2007
                                           By:  /S/ Elizabeth Waldow
26                                              Elizabeth Waldow
                                                Legal Officer for
27                                              United States Government

28

                                           1
         STIPULATION TO CONTINUE REVIEW HEARING AND ORDER THEREON

1    * * * ORDER * * *

2    The Court, having reviewed the above request for a Continuance of Review Hearing until
3    April 17, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
4        1.    The Review Hearing for Defendant, JENNIFER KELLY, shall be
5        continued to April 17, 2007 at 10:00 a.m.

7    Dated: _____, 2007
                                            By: _____
8                                                        WILLIAM M WUNDERLICH
                                                      United States Magistrate Judge

IT IS SO ORDERED.

**Dated:  April 9, 2007          /s/  William M. Wunderlich**
                   mmkd34UNITED STATES MAGISTRATE JUDGE